IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,

              Plaintiff,

v.

LAMPLINE LIGHTING, INC.,

              Defendant.

CIVIL ACTION NO.: 1:13-CV-12857

## COMPLAINT AND JURY DEMAND

Plaintiff Photographic Illustrators Corporation ("PIC" or "Plaintiff") brings this civil action against Defendant Lampline Lighting, Inc. ("Lampline" or "Defendant").

## THE PARTIES

1. PIC is a Massachusetts corporation with a place of business at 467 Sagamore Street, Hamilton, Massachusetts 01936.

2. Upon information and belief, Defendant Lampline is an Iowa corporation having an address at 1000 West Washington Street, Mount Pleasant, Iowa 52641.

## JURISDICTION AND VENUE

3. This is a civil action for injunctive relief and damages for violation of the copyright laws of the United States, 17 U.S.C. §§ 101, et seq.; the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201, et seq.; the Lanham Act, 15 U.S.C. §§ 1051, et seq.; and for unfair and deceptive trade practices in violation of Mass. Gen. L. ch. 93A. Jurisdiction over the state law claim is proper under 28 U.S.C. § 1367.

4.     The amount in controversy exceeds $75,000, exclusive of interests and costs, and is between citizens of different states.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, and 1338.

5.     Lampline does business in Massachusetts.

6.     Lampline operates a website (lampline.com).

7.     Lampline's website is accessible from Massachusetts.

8.     Through its website, Lampline advertises, sells, and offers for sale lighting products to online visitors, including online visitors located in Massachusetts, and invites visitors to its website to create online accounts.

9.     Lampline does not exclude Massachusetts consumers from visiting, interacting with, or making purchases through its website.

10.     This Court has personal jurisdiction over Lampline because Lampline: has transacted business in Massachusetts; has contracted to supply products in Massachusetts; and has injured PIC in Massachusetts by reproducing and distributing PIC's copyrighted images on Lampline's website (which can be accessed in Massachusetts) to advertise and sell products.

11.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391.

## PIC'S COPYRIGHTED IMAGES

12.     PIC specializes in photography, including photography of consumer products for catalogs, advertising, and product packaging.

13.     Over a span of years dating back to the 1960s, various companies, including Osram Sylvania, Inc. ("Sylvania"), have retained PIC to photograph certain of their products.

14.     PIC authored the 7 photographic images referenced in this Complaint (the "PIC Images").

15.     Each of the PIC Images is a photograph of a Sylvania product that PIC created.

16.     PIC retains ownership of all right, title, and interest in the copyrights for the PIC Images.

17.     1 of the PIC Images was made the subject of an application which matured into United States Copyright Registration Certificate No. VA 1-359-243 (attached as Exhibit A).

18.     6 of the PIC Images were made the subject of applications for copyright registration which were received by the United States Copyright Office on December 26, 2012. These applications for registration were complete and submitted in proper form with the appropriate filing fees.

19.     Lampline's infringement of the copyright in each PIC Image began after PIC's first publication of that PIC Image.

20.     Before publishing the PIC Images, PIC attaches the name of the author (Paul Kevin Picone), copyright owner (P.I. Corp.) and copyright notice (collectively, "PIC Copyright Management Information"), as shown in the examples below:



**LAMPLINE'S UNAUTHORIZED ALTERATION AND USE OF PIC IMAGES**

21.     As depicted in the 19 sets of images below, each of the images displayed on Lampline's website, www.lampline.com ("Accused Images"), is a copy, in whole or in part, of one of the PIC Images.

22.     On information and belief, Lampline created many of the Accused Images through the use of image editing software on the PIC Images, i.e., by "photoshopping" the PIC Images.  Vestiges of unique elements in the PIC Images, such as a blue background in the example below, are visible in multiple Accused Images, despite Lampline's unsuccessful attempts to remove them.

23.     Lampline also removed PIC Copyright Management Information from all of the PIC Images and added its own copyright management information, © Lampline Lighting, to 18 of the 19 Accused Images, as indicated below.

| PIC Image | Lampline's Infringing Copy |
|---|---|



**Examples of Accused Images with False Copyright Management Information**

24.     Lampline has copied, distributed, and/or used—and continues to copy, distribute, and/or use—the PIC Images, at least on its website, to advertise and sell products, including products which are not the subject of the misappropriated PIC Image.

25.     Lampline has never been, and is not currently, licensed by PIC to copy, distribute, and/or use the PIC Images.

26.     Lampline has never been, and is not currently, licensed by Sylvania to copy, distribute, and/or use the PIC Images, let alone to do so with a false Lampline copyright notice attached thereto, and let alone to advertise products of companies other than Sylvania.

28.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC Image | Lampline's Infringing Copy |
|---|---|
| **29116 13w minitwist.tif** | |
| http://www.lampline.com/cf13clte26-ushio-542-p | |

29.     The above-captured webpage is owned and operated by Lampline.

30.     The above-captured webpage includes a PIC Image.

31.     The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

32.     The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

33.     PIC never authorized this use of the PIC Image.

34.     Sylvania never authorized this use of the PIC Image.

35.     Sylvania never authorized Lampline to use this PIC Image with a superimposed false Lampline copyright notice.

36.     The above-captured webpage advertises an Ushio product.

37.     Sylvania never authorized Lampline to use this PIC Image to advertise Ushio products.

38.     In the table below, the image on the top left was authored by PIC and then registered with the Copyright Office on May 30, 2006 (Reg. No. VA 1-359-243).  The image on the top right appears on a webpage of Defendant's website, pictured in the second row.

| PIC Image | Lampline's Infringing Copy |
|---|---|
| <br>**65W Twist.jpg** | |
| http://www.lampline.com/cf65eltwist841-sylvania-589-p | |

39.     The above-captured webpage is owned and operated by Lampline.

40.     The above-captured webpage includes a PIC Image.

41.     The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

42.     The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

43.     PIC never authorized this use of the PIC Image.

44.     Sylvania never authorized this use of the PIC Image.

45.     Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

46.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC Image | Lampline's Infringing Copy |
|---|---|
|  **HMI 2500W.tif** | |
| http://www.lampline.com/hmi2500wse-osram-1338-p?manufacturer_id=4&page=4&limit=50 | |

47.     The above-captured webpage is owned and operated by Lampline.

48.     The above-captured webpage includes a PIC Image.

49.     The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

50.     The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

51.     PIC never authorized this use of the PIC Image.

52.     Sylvania never authorized this use of the PIC Image.

53.     Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

54.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC Image | Lampline's Infringing Copy |
|---|---|
|  **LED RetroFit Product_MR16 copy.tif** |  |



http://www.lampline.com/led6mr16dim830nfl25-sylvania-2592-p

55.     The above-captured webpage is owned and operated by Lampline.

56.     The above-captured webpage includes a PIC Image.

57.     The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

58.     The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

59.     PIC never authorized this use of the PIC Image.

60.     Sylvania never authorized this use of the PIC Image.

61.     Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

62.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC Image | Lampline's Infringing Copy |
|---|---|
| LED RetroFit Product_MR16 copy.tif | |
| http://www.lampline.com/led6mr16dim830fl36-sylvania-2593-p?manufacturer_id=3&page=3&limit=50 | |

63.     The above-captured webpage is owned and operated by Lampline.

64.     The above-captured webpage includes a PIC Image.

65.     The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

66.     The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

67.     PIC never authorized this use of the PIC Image.

68.     Sylvania never authorized this use of the PIC Image.

69.     Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

70.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC Image | Lampline's Infringing Copy |
|---|---|
| LED RetroFit Product_PAR30 copy.tif | |
| http://www.lampline.com/led15par30lndim830nfl25-sylvania-2581-p | |

71.     The above-captured webpage is owned and operated by Lampline.

72.     The above-captured webpage includes a PIC Image.

73.     The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

74.     The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

75.     PIC never authorized this use of the PIC Image.

76.     Sylvania never authorized this use of the PIC Image.

77.     Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

78.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC Image | Lampline's Infringing Copy |
|---|---|
|  | |

LED RetroFit Product_PAR30 copy.tif

http://www.lampline.com/led15par30lndim830fl40-sylvania-2582-p?manufacturer_id=3&page=3&limit=50

79.     The above-captured webpage is owned and operated by Lampline.

80.     The above-captured webpage includes a PIC Image.

81.     The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

82.     The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

83.     PIC never authorized this use of the PIC Image.

84.     Sylvania never authorized this use of the PIC Image.

85.     Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

86.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC Image | Lampline's Infringing Copy |
|---|---|
| LED RetroFit Product_G25 copy.tif | |
| http://www.lampline.com/led8g25dimf830-sylvania-2573-p | |

87.     The above-captured webpage is owned and operated by Lampline.

88.     The above-captured webpage includes a PIC Image.

89.     The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

90.     The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

91.     PIC never authorized this use of the PIC Image.

92.     Sylvania never authorized this use of the PIC Image.

93.     Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

94.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC Image | Lampline's Infringing Copy |
|---|---|
|  | |
| **LED RetroFit Product_MR16 copy.tif** | |
| http://www.lampline.com/led6mr16dim827nfl25-sylvania-2594-p?manufacturer_id=3&page=3&limit=50 | |

95.     The above-captured webpage is owned and operated by Lampline.

96.     The above-captured webpage includes a PIC Image.

97.     The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

98.     The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

99.     PIC never authorized this use of the PIC Image.

100.    Sylvania never authorized this use of the PIC Image.

101.    Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

102.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC Image | Lampline's Infringing Copy |
|---|---|
|  **LED RetroFit Product_MR16 copy.tif** | |

http://www.lampline.com/led6mr16dim827fl36-sylvania-2595-p?manufacturer_id=3&page=3&limit=50

103.    The above-captured webpage is owned and operated by Lampline.

104.    The above-captured webpage includes a PIC Image.

105.    The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

106.    The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

107.    PIC never authorized this use of the PIC Image.

108.    Sylvania never authorized this use of the PIC Image.

109.    Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

110.     In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC Image | Lampline's Infringing Copy |
|---|---|

LED RetroFit Product_PAR30 copy.tif

http://www.lampline.com/led8par20dim827nfl25-sylvania-2577-p

111.    The above-captured webpage is owned and operated by Lampline.

112.    The above-captured webpage includes a PIC Image.

113.    The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

114.    The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

115.    PIC never authorized this use of the PIC Image.

116.    Sylvania never authorized this use of the PIC Image.

117.    Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

118.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC Image | Lampline's Infringing Copy |
|---|---|

LED RetroFit Product_PAR30 copy.tif

http://www.lampline.com/led8par20dim827fl36-sylvania-2578-p?manufacturer_id=3&page=3&limit=50

119.    The above-captured webpage is owned and operated by Lampline.

120.    The above-captured webpage includes a PIC Image.

121.    The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

122.    The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

123.    PIC never authorized this use of the PIC Image.

124.    Sylvania never authorized this use of the PIC Image.

125.    Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

126.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC Image | Lampline's Infringing Copy |
|---|---|
|  **LED RetroFit Product_PAR30 copy.tif** | |
| http://www.lampline.com/led15par30lndim827nfl25-sylvania-2583-p?manufacturer_id=3&page=3&limit=50 | |

127.    The above-captured webpage is owned and operated by Lampline.

128.    The above-captured webpage includes a PIC Image.

129.    The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

130.    The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

131.    PIC never authorized this use of the PIC Image.

132.    Sylvania never authorized this use of the PIC Image.

133.    Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

134.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC Image | Lampline's Infringing Copy |
|---|---|
|  **LED RetroFit Product_PAR30 copy.tif** | |

http://www.lampline.com/led15par30lndim827fl40-sylvania-2584-p?manufacturer_id=3&page=3&limit=50

135.    The above-captured webpage is owned and operated by Lampline.

136.    The above-captured webpage includes a PIC Image.

137.    The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

138.    The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

139.    PIC never authorized this use of the PIC Image.

140.    Sylvania never authorized this use of the PIC Image.

141.    Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

142.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC Image | Lampline's Infringing Copy |
| --- | --- |
|  **LED RetroFit Product_G25 copy.tif** | |

http://www.lampline.com/led8g25dimf827-sylvania-2574-p?manufacturer_id=3&page=3&limit=50

143.    The above-captured webpage is owned and operated by Lampline.

144.    The above-captured webpage includes a PIC Image.

145.    The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

146.    The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

147.    PIC never authorized this use of the PIC Image.

148.    Sylvania never authorized this use of the PIC Image.

149.    Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

150.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC Image | Lampline's Infringing Copy |
|---|---|

**LED RetroFit Product_PAR30 copy.tif**

http://www.lampline.com/led10par30dim830sgsp10-sylvania-2585-p?manufacturer_id=3&page=2&limit=50

151.    The above-captured webpage is owned and operated by Lampline.

152.    The above-captured webpage includes a PIC Image.

153.    The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

154.    The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

155.    PIC never authorized this use of the PIC Image.

156.    Sylvania never authorized this use of the PIC Image.

157.    Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

158.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC Image | Lampline's Infringing Copy |
|---|---|
|  | |
| **LED RetroFit Product_PAR30 copy.tif** | |
| http://www.lampline.com/led10par30dim830sgwsp15-sylvania-2586-p?manufacturer_id=3&page=2&limit=50 | |

159.    The above-captured webpage is owned and operated by Lampline.

160.    The above-captured webpage includes a PIC Image.

161.    The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

162.    The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

163.    PIC never authorized this use of the PIC Image.

164.    Sylvania never authorized this use of the PIC Image.

165.    Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

166.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.

| PIC Image | Lampline's Infringing Copy |
|---|---|
|  **LED RetroFit Product_PAR30 copy.tif** | |
| http://www.lampline.com/led10par30dim830sgnfl25-sylvania-2587-p?manufacturer_id=3&page=2&limit=50 | |

167.     The above-captured webpage is owned and operated by Lampline.

168.     The above-captured webpage includes a PIC Image.

169.     The above-captured webpage includes a PIC Image without the PIC Copyright Management Information.

170.     The above-captured webpage includes a PIC Image with a false Lampline copyright notice superimposed on the PIC Image.

171.     PIC never authorized this use of the PIC Image.

172.     Sylvania never authorized this use of the PIC Image.

173.     Sylvania never authorized Lampline to use this PIC Image with a false Lampline copyright notice.

174.    In the table below, the image on the top left was authored by PIC.  It was received by the Copyright Office for registration on December 26, 2012.  The image on the top right appears on Defendant's website, pictured in the second row.



| PIC Image | Lampline's Infringing Copy |
|---|---|
| **TP22H Socket copy.jpg** | |
| http://www.lampline.com/tp22h-osram-sylvania-2306-p | |

175.    The above-captured webpage is owned and operated by Lampline.

176.    The above-captured webpage includes a PIC Image.

177.    The above-captured webpage includes a PIC Image without the PIC Copyright

Management Information.

178.    PIC never authorized this use of the PIC Image.

179.    Sylvania never authorized this use of the PIC Image.

**DAMAGE TO PIC'S BUSINESS AND REPUTATION**

180.    PIC's photography services and images enjoy an excellent reputation and have gained great value and recognition in the marketplace.

181.    For over three decades PIC has done business under the PIC name and has used the name of PIC's President, Paul Kevin Picone, in connection with PIC's services.  Through PIC's longstanding practice of attaching to each published PIC Image the names "P.I. Corp." and "Paul Kevin Picone," consumers have come to associate these names with high-quality photography.  PIC thus has common law trademark rights in the P.I. CORP. and PAUL KEVIN PICONE marks ("PIC Marks").

182.    PIC relies on the PIC Marks and Copyright Management Information that it attaches to each of its images as its primary mode of advertising.  Potential customers seek out and contact PIC using this information.

183.    PIC is not affiliated with Lampline and has not approved any of Lampline's use of or alterations to PIC Images.

184.    By removing the PIC Marks and Copyright Management Information from the PIC Images, Lampline has removed PIC's primary advertisement vector, thereby depriving PIC of business opportunities.

185.    By replacing the PIC Marks and Copyright Management Information on the PIC Images with a false Lampline copyright notice, Lampline has created a likelihood that consumers will mistakenly believe that Lampline created the PIC Images.  Lampline's doctoring of the PIC Images misleadingly represents to the world that Lampline – and not PIC – is the author, source, and copyright owner of the PIC Images displayed on Lampline's website.

186.    Lampline, by its misdeeds, has created a likelihood that potential PIC customers will erroneously believe Lampline to be the source and owner of the PIC Images.  Lampline's misrepresentation and the resulting likelihood of consumer confusion have damaged PIC.

**COUNT I**
**(Copyright Infringement, 17 U.S.C. § 501)**

187.    PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

188.    Lampline has infringed PIC's copyrights in its PIC Images, in violation of 17 U.S.C. § 501, by copying, distributing, and/or using PIC Images without license or other authorization.

189.    Lampline's infringement has been knowing and willful.

190.    Lampline's infringement has damaged PIC in an amount to be proven at trial.

191.    Unless stopped by an injunction, Lampline will continue infringing PIC's copyrights in its PIC Images and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

**COUNT II**
**(Integrity of Copyright Management Information, 17 U.S.C. § 1202)**

192.    PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

193.    Lampline has knowingly and with intent to induce, enable, facilitate, or conceal infringement of the PIC Images, provided and/or distributed false copyright management information in relation to its use of the PIC Images, in violation of 17 U.S.C. § 1202(a).

194.    Lampline has intentionally removed or altered PIC Copyright Management Information for the PIC Images without PIC's authorization, and/or distributed copyright

management information with knowledge that the PIC Copyright Management Information was removed or altered without PIC's authorization, in violation of 17 U.S.C. § 1202(b).

195.    Lampline's violation of 17 U.S.C. § 1202 has been knowing and willful.

196.    Lampline's violation of 17 U.S.C. § 1202 has damaged PIC in an amount to be proven at trial.

197.    Unless stopped by an injunction, Lampline's behavior will continue and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

### <u>COUNT III</u>
### (Lanham Act Violations, 15 U.S.C. § 1125(a))

198.    PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

199.    PIC possesses common law trademark rights in the PIC Marks.

200.    Lampline has used the PIC Images in commerce in connection with its sale of Lampline's goods and services.

201.    On information and belief, Lampline stripped the PIC Marks and Copyright Management Information from the PIC Images.  Without PIC's authorization, Lampline added a false Lampline copyright notice to the PIC Images.

202.    Lampline doctored PIC Images to give the misleading appearance that Lampline is the creator and copyright owner of the PIC Images.  Consumers are thus likely to be deceived as to the true origin of the PIC Images.

203.    Customers who are familiar with PIC's decades of work for Sylvania and who recognize the Accused Images as PIC's are likely to mistakenly believe that Lampline and PIC are in some way affiliated, connected, or associated as a result of Lampline's misuse of the PIC Marks, Copyright Management Information and Images.  Lampline's misconduct is also likely to

deceive such consumers by causing them to believe that PIC sponsors or approves of Lampline's goods, services, or commercial activities.  Lampline's misconduct violates 15 U.S.C. § 1125(a)(1)(A).

204.    Lampline's unauthorized alteration and use of PIC Images, Marks, and Copyright Management Information occurs in commercial advertising or promotion, and misrepresents the nature, characteristics, qualities, or geographic origin of Lampline's goods, services, or commercial activities, in violation of 15 U.S.C. § 1125(a)(1)(B).

205.    Lampline's misuse of PIC Marks, Copyright Management Information and Images, and Lampline's acts and/or omissions as described above were knowing and willful.

206.    Lampline's violations of the Lanham Act have damaged PIC in an amount to be determined at trial.

207.    Unless stopped by an injunction, Lampline's behavior will continue and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

## COUNT IV
### (Unfair And Deceptive Trade Practices, Mass. Gen. L. ch. 93A)

208.    PIC repeats and re-alleges the allegations of the paragraphs above as though fully set forth herein.

209.    Lampline is, and at all relevant times has been, engaged in commerce.

210.    Lampline's acts and/or omissions as described above (and the center of gravity of those acts and/or omissions) occurred primarily and substantially in Massachusetts.

211.    Lampline's acts and/or omissions as described above constitute unfair and deceptive trade practices under Mass. Gen. L. Ch. 93A.

212.    Defendant's unfair and deceptive trade practices impact the public interest by causing consumer confusion.

213.    Lampline's acts and/or omissions as described above were knowing and willful.

214.    Lampline's unfair and deceptive trade practices damaged PIC in an amount to be determined at trial.

215.    Unless stopped by an injunction, Lampline's behavior will continue and will cause PIC to suffer irreparable harm for which there is no adequate remedy at law.  Therefore, PIC is entitled to injunctive relief.

## **RELIEF REQUESTED**

WHEREFORE, PIC requests that this Court:

A.    Enter judgment that the Court has jurisdiction over the parties to and subject matter of this action.

B.    Enter judgment that Lampline has infringed and continues to infringe PIC's copyrights in and to the PIC Images, pursuant to 17 U.S.C. § 501.

C.    Permanently enjoin Lampline, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from further infringement of the copyrights in and to the PIC Images, pursuant to 17 U.S.C. § 502.

D.    Order the recall, impounding, and destruction of all infringing copies made, used or distributed by Lampline in violation of PIC's exclusive rights in and to its PIC Images (and, in the case of electronic copies, order that all such copies be deleted from the computers or other storage means on which they reside), pursuant to 17 U.S.C. § 503.

E.    Direct Lampline to pay to PIC its actual damages and any additional profits realized by Lampline, pursuant to 17 U.S.C. § 504.

F.    Order that, in the alternative to actual copyright damages, at PIC's election, Lampline shall pay PIC statutory damages pursuant to 17 U.S.C. § 504.

G.      Enter judgment that Lampline has violated and continues to violate the Digital Millennium Copyright Act in relation to the PIC Images, pursuant to 17 U.S.C. § 1202.

H.      Permanently enjoin Lampline, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from further violations of the Digital Millennium Copyright Act in relation to the PIC Images, pursuant to 17 U.S.C. § 1203(b)(1).

I.      Order the impounding of all devices or products in the custody or control of Lampline that were involved in the violations of the Digital Millennium Copyright Act in relation to the PIC Images, pursuant to 17 U.S.C. § 1203(b)(2).

J.      Direct Lampline to pay to PIC its actual damages and any additional profits realized by Lampline, pursuant to 17 U.S.C. §§ 1203(b)(3), 1203(c)(1)(A), and 1203(c)(2).

K.      Order that, in the alternative to actual damages, at PIC's election, Lampline shall pay PIC statutory damages pursuant to 17 U.S.C. §§ 1203(b)(3), 1203(c)(1)(B), and 1203(c)(3)(B).

L.      Enter judgment that PIC has common law trademark rights in the PIC Marks, and that Lampline has violated and continues to violate 15 U.S.C. § 1125(a)(1)(A) and (B) by its alteration and use of PIC Images.

M.      Permanently enjoin Lampline, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from further violations of the Lanham Act in relation to the PIC Images, pursuant to 15 U.S.C. § 1116.

N.      Direct Lampline to pay to PIC any damages attributable to Lampline's Lanham Act violations and shall account for all gains, profits, and advantages derived through those

actions, but not less than a reasonable royalty, and pay such damages authorized by law, including 15 U.S.C. § 1117.

O.      Enter judgment that Lampline has engaged and continues to engage in unfair and deceptive trade practices in violation of Mass. Gen. L. ch. 93A.

P.      Direct Lampline to pay to PIC its damages sustained as a result of Lampline's unfair and deceptive trade practices.

Q.      Permanently enjoin Lampline, including its partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from committing further unfair and deceptive trade practices, pursuant to Mass. Gen. L. ch. 93A.

R.      Enter judgment that Lampline's copyright infringements, Lanham Act violations, and unfair and deceptive trade practices have been knowing and willful.

S.      Enter judgment that Lampline's 17 U.S.C. § 1203(a) violations of the Digital Millennium Copyright Act have been knowing and with intent to induce, enable, facilitate, or conceal infringement.

T.      Enter judgment that Lampline's 17 U.S.C. § 1203(b) violations of the Digital Millennium Copyright Act have been knowing and intentional.

U.      Order Lampline to file and serve a report in writing, and under oath, setting forth the manner and form in which it has complied with the Court's order and injunction.

V.      Award PIC its legal fees and costs in prosecuting this action, pursuant to 17 U.S.C. §§ 505, 1203(b)(5); 15 U.S.C. § 1117; Mass. Gen. L. ch. 93A, or other applicable law.

W.      Award PIC treble damages pursuant to Mass. Gen. L. ch. 93A or other applicable law.

X.      Award PIC such further relief as this Court may deem just and proper.

## JURY DEMAND

PIC hereby demands a trial by jury of all issues so triable.

Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,

By its counsel,

Dated:  November 12, 2013          /s/ Michael N. Rader
                                   Michael N. Rader, BBO # 646990
                                   mrader@wolfgreenfield.com
                                   Turhan F. Sarwar, BBO # 686764
                                   tsarwar@wolfgreenfield.com
                                   Joshua J. Miller, BBO # 685101
                                   jmiller@wolfgreenfield.com
                                   WOLF, GREENFIELD & SACKS, P.C.
                                   600 Atlantic Ave.
                                   Boston, MA 02210
                                   Tel:  (617) 646-8000
                                   Fax: (617) 646-8646